AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia



MAY - 8 2019

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Geolocation information for AT&T cellular telephone<br>number (304) 210-2960 | )<br>)<br>)   Case No. 2:19-mj-00044<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the __Southern__ District of __West Virginia__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | conspiracy to distribute methamphetamine |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

John R. Reese, Special Agent FBI
*Printed name and title*

Sworn to me and signed in my presence.

Date: May 7, 2019

*Judge's signature*

City and state: Charleston, West Virginia         Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to records and information associated with the cellular telephone assigned telephone number 304-210-2960, ("the Account"), that are stored at premises controlled by AT&T Wireless ("the Provider"), headquartered at 11760 US Highway 1, Suite 600, North Palm Beach, Florida 33408.

1

## ATTACHMENT B

### Particular Things to be Seized

**I. Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period August 13, 2018 to September 15, 2018:

    a. Provide Call Detail Records (CDRs)/Mediation Reports for 304-210-2960, to include:
        i. All subscriber information, including name, address, contact numbers, activation/deactivation dates, account number, social security number, and account features;
        ii. Cell site locations and sectors for all outgoing and incoming voice, SMS, MMS, and Data transactions;
        iii. All available historical precision location (NELOS) reports;
        iv. All available Internet and Web Browsing History, to include history with and without location information.

**II. Information to be Seized by the Government**

All information described above in Section I that constitutes evidence and instrumentalities of violations of 21 U.S.C § 846 involving EDMONDS during the period. August 13, 2018 to September 15, 2018.

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, John A. Reese, being duly sworn, hereby state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI") since August 2014, and I am currently assigned to the Charleston, West Virginia Resident Agency of the Pittsburgh Division. I completed Special Agent training at the FBI training center in Quantico, Virginia in December of 2014. Since then I have been working daily as a Special Agent and have been involved in several long-term investigations, some of which include drug trafficking, public corruption, bank robbery, and criminal use of computers and the internet. As part of my duties with the FBI, I investigate violations of federal law, including drug trafficking offenses enumerated in Title 21 U.S.C. §§ 841 and 846. I have been the affiant on search warrants, pen register/trap and trace applications, Title III wiretap affidavits, and have made multiple arrests related to drug trafficking. Prior to working for the FBI, I was employed as a police officer with the city of Jackson, Tennessee for five years. During my time as a police officer, I have had experience investigating drug crimes, assaults, rape, and various other violent crimes and felonies.

2. During my tenure with the FBI, I have participated in numerous drug investigations during the course of which I have (a) conducted physical and wire surveillance; (b) executed search warrants at locations where drugs, drug proceeds, and records of drug transactions have been found; (c) reviewed and analyzed numerous taped conversations and recordings of drug traffickers; (d) debriefed cooperating drug traffickers; (e) monitored wiretapped conversations of drug traffickers and reviewed line sheets prepared by wiretap monitors; and (f) conducted surveillance of individuals engaged in drug trafficking. Through my training, education, and experience, I have

as AT&T Wireless typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the SUBJECT PHONE's user or users, the specific location information arising from use of the SUBJECT PHONE to make and receive calls and texts and locations where the SUBJECT PHONE was used to access the internet.

### III. FACTS IN SUPPORT OF PROBABLE CAUSE

9. On August 13, 2018, United States District Judge Irene C. Berger authorized the FBI to intercept wire and electronic communications occurring over the SUBJECT TELEPHONE utilized by AURELIUS EDMONDS. Between August 13, 2018 and September 1, 2018, intercepted communications revealed that EDMONDS traveled to the area of Phoenix, Arizona to pay approximately $400,000 for a large shipment of methamphetamine and cocaine. Intercepted phone calls during the course of the investigation showed this trip was part of a larger conspiracy with others in the organization to supply methamphetamine and cocaine to Parkersburg, West Virginia, as well as Dayton, Ohio.

10. On September, 15, 2018, the shipment of methamphetamine and cocaine, which was purchased by EDMONDS in Arizona, was seized in DAYTON, Ohio during a traffic stop. EDMONDS and others involved in purchase and transport of the shipment were arrested while arranging to receive the methamphetamine and cocaine. The intercepted shipment contained approximately 121 pounds of methamphetamine and approximately 13.2 pounds of cocaine.

14. Based on geolocation information gathered during the real time monitoring of the SUBJECT TELEPHONE, it was apparent EDMONDS traveled to the area of Phoenix, Arizona to make a the purchase of the aforementioned narcotics. However, the real time geolocation data was

incomplete and did not reveal the same level of detail that my training and experience leads me to believe would be maintained by AT&T's records. Service providers typically maintain call detail records for a period of one year, which is within the date range of EDMONDS travel.

## CONCLUSION

15. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence, fruits, and instrumentalities of violation of 21 U.S.C. § 846 are maintained at the SUBJECT PREMISES described in Attachment A. I, therefore, respectfully request that the attached warrant be issued authorizing the search and seizure of the items listed in Attachment B.

John A. Reese
Special Agent
FBI

Subscribed and sworn before me this _____ day of May, 2019

Dwane L. Tinsley
United States Magistrate Judge